IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01070-AP

EDWARD C. LAWRENCE,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

**For Plaintiff**:

Alan M. Agee
512 S. 8th Street
Colorado Springs, CO 80905
719-473-1515
Ageealanmpc@awest.net

**For Defendant:**

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant United States Attorney

By:    Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.   Date Complaint Was Filed: 6/6/06.
   B.   Date Complaint Was Served on U.S. Attorney's Office: 7/7/06.
   C.   Date Answer and Administrative Record Were Filed: 8/7/06.

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.    OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.    PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

   A.   Plaintiff's Opening Brief Due:        October 20, 2006.
   B.   Defendant's Response Brief Due:      November 21, 2006.
   C.   Plaintiff's Reply Brief (If Any) Due:   December 6, 2006.

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

    A.   Plaintiff's Statement:
        <u>Plaintiff requests oral argument.</u>

    B.   Defendant's Statement:
        <u>Defendant does not request oral argument.</u>

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   (X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.   ( )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 29th day of August, 2006.

                                BY THE COURT:

                                S/John L. Kane
                                U.S. DISTRICT COURT JUDGE

**APPROVED:**

<u>**For Plaintiff**</u>**:**               <u>**For Defendant**</u>**:**

    <u>**s/Alan M. Agee 8/28/06**</u>          TROY A. EID
    Alan M. Agee                United States Attorney
    512 S. 8th Street
    Colorado Springs, CO 80905  KURT J. BOHN
    719-473-1515                Assistant United States Attorney
    Ageealanmpc@awest.net       1225 Seventeenth Street, Suite 700
                                Denver, Colorado 80202
                                (303) 454-0100
                                (303) 454-0404 (facsimile)
                                kurt.bohn@usdoj.gov

                                <u>**s/Debra J. Meachum 8/28/06**</u>
                           By:  Debra J. Meachum
                                Special Assistant
                                   United States Attorney
                                Social Security Administration
                                1961 Stout Street, Suite 1001A
                                Denver, Colorado  80294
                                (303) 844-1570
                                (303) 844-0770 (facsimile)
                                debra.meachum@ssa.gov